UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HOWARD KNOX,

                    Plaintiff(s),

  -against-

PAROLE OFFICER I. KHAN; ET ANO.,

                  Defendant(s).
-------------------------------------------------------------------X

Civil Action No. 16-CV-1281

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    s.s :
COUNTY OF NEW YORK  )

    LIGNO SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.
    That on the 10th day of June, 2016, at approximately 8:08 a.m., deponent served a true copy of the **Summons in a Civil Action (endorsed with the index number and date of filing); Civil Cover Sheet; Complaint (Jury Trial Demanded)** upon Parole Officer I. (Iris) Khan a/k/a Iris Kahn at 226-08 88th Avenue, Unit 36-07, Queens Village New York 11427 by personally delivering and leaving the same with "Jane Doe", a person of suitable age and discretion, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
    "Jane Doe" is a white female, approximately 50-55 years of age, is approximately 5 feet and 4-7 inches tall, weighs approximately 100-130 pounds, has long brown hair, light eyes and was wearing glasses.

(1)

That on the 13th day of June, 2016, deponent served another copy of the foregoing upon the witness by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Parole Officer I. (Iris) Kahn a/k/a I. (Iris) /Khan**
226-08 88th Avenue, Unit 36-07
Queens Village, New York 11427

Sworn to before me this
13th day of June, 2016

LIGNO SANCHEZ #2023901

NOTARY PUBLIC, STATE OF NEW YORK
STEVEN MITCHELL
Reg. No. 01-MI-6326046
Qualified in New York County
Commission expires June 08, 2019

(2)