UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HOWARD KNOX,

                Plaintiff,

    - against -

PAROLE OFFICER I. KHAN and
SENIOR PAROLE OFFICER K. UZZELL,

                Defendants.
-------------------------------------------------------------------X

**JUDGMENT**
16-CV-1281 (RRM) (CLP)

        A Memorandum and Order having been issued this day granting defendants' motion for

summary judgment, it is hereby

        ORDERED, ADJUDGED AND DECREED that plaintiff take nothing from defendants.

The Clerk of Court is directed to close this case.

Dated:  Brooklyn, New York
         March 1, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge